STATE of Missouri, Respondent,

v.

David L. ARDREY, Appellant.

No. ED 76072.

Missouri Court of Appeals, Eastern District, Division Two.

Jan. 25, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 14, 2000.

Application for Transfer Denied April 25, 2000.

Gary E. Brotherton, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

1. All rule references are to Mo. R.Crim. P.1999, unless otherwise indicated.

Before CRANE, P.J., ROBERT G. DOWD, Jr., J. and SULLIVAN, J.

ORDER

PER CURIAM.

David L. Ardrey (Appellant) appeals from the judgment entered upon his convictions for assault in the second degree, § 565.060 RSMo (1994),[1] and armed criminal action, § 571.015. Appellant claims the trial court erred in refusing to allow him to proceed pro se, refusing to instruct the jury on self-defense, and allowing the State to confront witness Roy Moon with specific incidents of bad moral character.

We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's actions do not constitute error. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

1. All further statutory references are to RSMo (1994), unless otherwise noted.